■ YE OLDE RED LION TAVERN, INC., Respondent, v. TRAVELERS INDEMNITY COMPANY, Appellant, et al., Defendants.— In an action based on fraud and negligence, defendant-insurer appeals from an order of the Supreme Court, Suffolk County, entered February 11, 1974, which denied its motion for summary judgment dismissing the complaint. Order reversed, on the law, with $20 costs and disbursements, and motion granted. No genuine triable issues of fact exist precluding the granting of summary judgment. Martuscello, Acting P. J., Latham, Cohalan, Brennan and Munder, JJ., concur.